ALVERSON, TAYLOR,
MORTENSEN & SANDERS
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Attorney for Defendant,*
*Law Offices of Gerald E. Moore*
*& Associates, PC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA KEMP,<br><br>    Plaintiff,<br><br>v.<br><br>LAW OFFICSE OF GERALD E. MOORE & ASSOCIATES, PC,<br><br>    Defendant. | Case No.: 2:17-cv-02788-JAD-CWH<br><br>**MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE AMEND THE COMPLAINT TO ADD ADDITIONAL PARTIES** |

Defendant Law Offices of Gerald E. Moore & Associates, PC ("Defendant"), by and through its attorney of record, Alverson, Taylor, Mortensen & Sanders, moves pursuant to Rule 6(b) of the Federal Rules of Civil Procedure for a fourteen (14) day extension of time, through and including May 9, 2018, to respond to Plaintiff's Motion for Leave Amend the Complaint to Add Additional Parties. In support of its motion, Defendant states:

KB/25427

1

1. On April 11, 2018, Plaintiff filed her motion for leave to amend the complaint to add additional parties. (Dkt. 10).

2. The deadline for Defendant to file its response in opposition to Plaintiff's motion is April 25, 2018.

3. Despite diligent efforts to meet the aforementioned filing deadline, defense counsel requires additional time to meaningfully confer with Defendant, complete Defendant's response and obtain client input and approval prior to filing.

4. Accordingly, good cause exists to extend Defendant's response in opposition to Plaintiff's motion for leave by fourteen (14) days through and including May 9, 2018.

5. Defendant's request has not been made to stall, delay or otherwise thwart the order progression of this case.

6. Defense counsel has requested concurrence from Plaintiff's counsel regarding the relief requested in this motion but has not yet heard back.

///

///

///

///

///

///

///

///

KB/25427

WHEREFORE, Defendant Law Offices of Gerald E. Moore & Associates, PC respectfully requests that this Court grant it a fourteen (14) day extension of time, through and including May 9, 2018, in which to file its response in opposition to Plaintiff's Motion for Leave Amend the Complaint to Add Additional Parties.

DATED this 25 day of April, 2018

ALVERSON, TAYLOR,
MORTENSON, & SANDERS

_____
KURT R. BONDS, ESQ.
Nevada Bar #6228
TREVOR R. WAITE, ESQ.
Nevada Bar #13779
6605 GRAND MONTECITO PARKWAY
SUITE 200
LAS VEGAS, NEVADA 89149
(702) 384-7000
FAX (702) 385-7000
efile@alversontaylor.com
*Attorney for Defendant,*
*Law Offices of Gerald E. Moore*
*& Associates, PC*

IT IS SO ORDERED.

DATED: April 26, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE VIA CM/ECF

I hereby certify that on this 25 day of April, 2018, I did serve, via Case Management/Electronic Case Filing, a copy of the above and foregoing **MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE AMEND THE COMPLAINT TO ADD ADDITIONAL PARTIES** addressed to:

_____
An Employee of ALVERSON, TAYLOR,
MORTENSEN & SANDERS

\\atms-fs2\data\kurt.grp\CLIENTS\25400\25427\pleading\Kemp_Shelia_Moore_Motion for Ext to File Response to Motion to Amend Complaint.docx

KB/25427

3