Raleigh C. Thompson, NV Bar No. 11296
Ryan M. Lower, NV Bar No. 9108
MORRIS LAW GROUP
411 E. Bonneville Ave., Suite 360
Las Vegas, Nevada 89101
Telephone: (702) 474-9400
Email: rml@morrislawgroup.com
Email: rct@morrislawgroup.com

Attorneys for Defendant
Law Offices of Gerald E. Moore & Associates, PC

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHEILA KEMP,<br><br>Plaintiff,<br><br>v.<br><br>LAW OFFICES OF GERALD E. MOORE & ASSOCIATES, PC, a professional corporation; GERALD E. MOORE, ESQ., an individual, and BRETT BORLAND, ESQ., an individual,<br><br>Defendants. | Case No.: 2:17-cv-02788-JAD-CWH<br><br>**STIPULATION FOR SUBSTITUTION OF COUNSEL AND ORDER APPROVING SAME** |

Pursuant to Local Rule IA 10-6, the undersigned hereby stipulate to the substitution of Ryan M. Lower and Raleigh C. Thompson of Morris Law Group as counsel of record for Defendant Law Offices of Gerald E. Moore & Associates, PC, in place of Kurt R. Bonds and Trevor R. Waite, of Alverson Taylor & Sanders, their current counsel of record.

1

Hereafter, all pleadings and papers directed to Defendants Law Offices of Gerald E. Moore & Associates, PC, should be sent to:

>Ryan M. Lower
>Raleigh C. Thompson
>Morris Law Group
>411 E. Bonneville Ave., Ste. 360
>Las Vegas, Nevada 89101
>Telephone No.: (702) 474-9400
>Facsimile No.: (702) 474-9422

| MORRIS LAW GROUP | ALVERSON TAYLOR & SANDERS |
|---|---|
| By: /s/ *Raleigh C. Thompson* <br> Ryan M. Lower, Bar No. 9108 <br> Raleigh C. Thompson, Bar No. 11296 <br> 411 E. Bonneville Ave, Suite 360 <br> Las Vegas, Nevada 89101 | By: /s/ *Trevor R. Waite* <br> Kurt R. Bonds, Bar No. 6228 <br> Trevor R. Waite, Bar No. 13779 <br> 6605 Grand Montecito Pkwy. <br> Suite 200 <br> Las Vegas, Nevada 89149 |

## CONSENT

The undersigned hereby consents to the foregoing substitution.

Law Offices of Gerald E. Moore & Associates, PC

By: /s/ RICHARD CHIN

Its: OPERATIONS MANAGER

## ORDER

The foregoing stipulation is hereby approved:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 7, 2019